UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SABRINA KELLY, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, et al., <br><br> Defendant. | CASE NO. C24-5674 BHS <br><br> ORDER |

THIS MATTER is before the Court on Magistrate Judge Grady J. Leupold's Report and Recommendation (R&R), Dkt. 3, recommending the Court dismiss this action without prejudice. Judge Leupold declined to grant pro se plaintiff Sabrina Kelly's application to proceed *in forma pauperis*, supported by her proposed complaint, Dkt. 1, and instead concluded that, in order to state a plausible claim, she had to file an amended complaint. He ordered her to do so by September 20, 2024. Dkt. 3. Kelly did not file a proposed amended complaint.

A district judge must determine de novo any part of a magistrate judge's proposed disposition *to which a party has properly objected*. It must modify or set aside any

ORDER - 1

portion of the order that is clearly erroneous or contrary to law. Fed. R. Civ. P. 72(a). The district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions. Fed. R. Civ. P. 72(b)(3). A proper objection requires "specific written objections to the proposed findings and recommendations" in the R&R. Fed. R. Civ. P. 72(b)(2).

Kelly has not objected to the R&R, and it is not clearly erroneous or contrary to law. The R&R is **ADOPTED**, Kelly's application to proceed *in forma pauperis* is **DENIED**, and this case is **DISMISSED** without prejudice and without leave to amend.

The Clerk shall enter a **JUDGMENT** and close the case.

**IT IS SO ORDERED**.

Dated this 22nd day of October, 2024.

BENJAMIN H. SETTLE
United States District Judge